**Order filed July 09, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00188-CV

_____

### RICARDO TIJERNIA, Appellant

### V.

### ROBERT WYSONG AND HOUSTON INTERNATIONAL AIRCRAFT SUPPORT, INC., Appellee

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2011-14628**

## ORDER

The reporter's record in this case was due **March 23, 2015**. _See_ Tex. R. App. P. 35.1. **On March 31, 2015**, this court ordered the court reporter to file the record within 30 days. **On April 30, 2015**, the court reporter filed a motion for extension of time to file the record which was granted until **June 01, 2015**. On **June 01, 2015**, the court reporter filed a second motion for extension of time to file

the record which was granted until **July 01, 2015**, **with no further extensions**. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Amanda King**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order. **No further extension will be entertained.** The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Amanda King** does not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM